DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BRIAN JUMAN** and **NATASHA RAZAK-JUMAN,**
Appellants,

v.

**CITIZENS PROPERTY INSURANCE CORPORATION,**
Appellee.

No. 4D2023-1150

[August 8, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barbara McCarthy and Daniel Casey, Judges; L.T. Case No. 20-2443 CACE.

Monique A. Low of David Low & Associates, P.A., Fort Lauderdale, for appellants.

Daniel M. Schwarz of Link & Rockenbach, PA, West Palm Beach, and Joseph A. Garcia of Garcia Legal, PA, Miami Lakes, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CIKLIN and LEVINE, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***